**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-1765**

_____

In Re: CAROLINE YOUNT,

                                                      Debtor.

_____

RICK ALLEN YOUNT,

                                       Plaintiff - Appellant,

          versus

CAROLINE YOUNT,

                                        Debtor - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. Robert Earl Maxwell, Senior District Judge. (CA-97-25-2, BK-96-20884, AP-96-2115)

_____

Submitted: July 30, 1998          Decided: August 25, 1998

_____

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Rick Allen Yount, Appellant Pro Se. J. Douglas Crane, Morgantown, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rick Allen Yount appeals the district court's orders (1) affirming the bankruptcy court's order determining that a debt owed to him was dischargeable in bankruptcy and (2) denying his motion for reconsideration. Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. Yount v. Yount, Nos. CA-97-25-2; BK-96-20884 (N.D.W. Va. May 4 & 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED